UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEX WEBER, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) GROUPON, INC., ANDREW D. MASON and JASON E. CHILD, ) ) ) ) Defendants. ) ) | Case No.: 12-cv-10235 Judge Harry D. Leinenweber |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT Lead Plaintiff Arkansas Teacher Retirement System ("Arkansas"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), without prejudice, against Defendants Groupon, Inc., Andrew D. Mason, and Jason E. Child.

On December 21, 2012, Plaintiff Alex Weber filed a class action complaint alleging violations of federal securities laws entitled *Alex Weber v. Groupon, Inc., Andrew D. Mason and Jason E. Child*, No. 1:12-cv-10235 [Dkt. #1]. On February 26, 2013, the Court consolidated the Action with *Paula Earley v. Groupon, Inc., Andrew D. Mason and Jason E. Child*, No. 1:13-cv-00494 [Dkt. #34]. By Order dated April 16, 2013, the Court appointed Arkansas as Lead Plaintiff and approved its selection of Lead Counsel and Local Counsel [Dkt. #43]. No Defendant has filed an answer or moved for summary judgment with respect to the operative class action complaint, and the Action has not been certified as a class action. Accordingly,

Lead Plaintiff may properly dismiss all claims in the Action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: July 1, 2013

/s/ Carol V. Gilden
Carol V. Gilden (Illinois Bar No. 06185530)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 357-0370
Fax: (312) 357-0369

*Local Counsel for Lead Plaintiff Arkansas Teacher Retirement System and the Class*

Jonathan Gardner
Mark S. Goldman
Angelina Nguyen
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477

*Lead Counsel for Lead Plaintiff Arkansas Teacher Retirement System and the Class*